**James ALLEN, Petitioner-Appellant,**

v.

**STATE OF ALABAMA,
Respondent-Appellee.**

**No. 82–7290.**

United States Court of Appeals,
Eleventh Circuit.

May 21, 1984.

N.P. Callahan, Jr., Birmingham, Ala.
(court-appointed), for petitioner-appellant.

Thomas R. Allison, Asst. Atty. Gen.,
Montgomery, Ala., for respondent-appellee.

* Honorable Edward S. Smith, U.S. Circuit Judge

ON PETITION FOR REHEARING

(Opinion April 2, 1984, 11 Cir., 1984,
728 F.2d 1384).

Before GODBOLD, Chief Judge, RO-
NEY and SMITH *, Circuit Judges.

BY THE COURT:

Treating petitioner's letter filed April 16,
1984 as a petition for rehearing, it is DE-
NIED in part and GRANTED in part.

In the oral argument of this case counsel
stated to the court that if petitioner were
granted an out-of-time appeal in state court
the only issue to be pressed in that appeal
would concern an unconstitutional commu-
nication by the trial judge with the jury.
We held that petitioner was entitled to the
out-of-time appeal and, because he is indi-
gent, to a transcript of his trial as an
incident thereto.

The concession by counsel was properly
made with respect to some nine other is-
sues that had been raised in a state coram
nobis proceeding and found by the trial
court to be without merit, which determina-
tion was affirmed by the Alabama Court of
Criminal Appeals. The same issues were
presented to the federal district court,
which also found them to be without merit,
and we affirmed this decision in the
present appeal. These nine issues would
not be available to be relitigated in an
out-of-time merits appeal that, in a reversal
of the usual sequence, comes after two
judicial systems have found them without
merit on collateral attack.

The attention of all participants in this
case was focused, however, on the alleged
unconstitutional communication with the
jury and the nine other issues described
above. We agree that petitioner should not
be barred from presenting in his out-of-
time merits appeal additional issues, if any,
that might be revealed by an examination

for the Federal Circuit, sitting by designation.

of the trial transcript, which has not yet been available to him.

The petition for rehearing is GRANTED in part and DENIED in part.